JORGE GUADARRAMA P.54739
CALIPATRIA STATE PRISON
P.O. BOX 5002, ASU 138 LOW
CALIPATRIA, CALIFORNIA. 92233

PLAINTIFF-IN PRO PER

2254 ____ 1983 ✓
FILING FEE PAID
Yes ____ No ✓
IFP MOTION FILED
Yes ✓ No ____
COPIES SENT TO
Court ✓ ProSe ____

FILED
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE GUADARRAMA, PLAINTIFF, | '08 CV 1158 H CAB |
| V. | CASE NO.: |
| JAMES E. TILTON, THE SECRETARY FOR C.D.C.R.; L.E. SCRIBER, THE WARDEN; M. LEVIN, CMO; K. BALL, CP&S; A.M. NGUYE, M.D.; B. COVNER, M.D.; OH, M.D.; S. YOUNG, NPC; AND DOES 1 THROUGH 30 INCLUSIVE, DEFENDANT. | CIVIL RIGHTS COMPLAINT [42 U.S.C. § 1983] DEMAND FOR JURY TRIAL [F.R.C.P. § 38(B); LOCAL RULE 38.1] |

COMES NOW PLAINTIFF, JORGE GUADARRAMA, WHO ALLEGES AS FOLLOWS:

/
/
/
/

## INTRODUCTION

1. THIS IS A CIVIL RIGHTS COMPLAINT FOR MONEY DAMAGES BROUGHT UNDER 42 U.S.C. §§ 1983 AGAINST PRISON OFFICIALS AND PRISON MEDICAL PERSONNEL FOR VIOLATIONS OF PLAINTIFF'S PROTECTED UNITED STATES CONSTITUTIONAL RIGHTS. PLAINTIFF SEEKS DECLARATORY AND INJUNCTIVE RELIEF PURSUANT TO 28 U.S.C. §§ 2201 AND 2202. DEMAND FOR JURY TRIAL PURSUANT TO F.R.C.P. §§ 38(B) AND LOCAL RULE 38.1.

## JURISDICTION

2. THIS ACTION IS BROUGTH PURSUANT TO 42 U.S.C. §§ 1983. THEREFORE, JURISDICTION IS PROPER UNDER 28 U.S.C. §§ 1331 AND 1343.

## VENUE

3. ALL OF THE CONDUCT GIVING RISE TO THE CLAIMS ALLEGED HEREIN AROSE IN C.D.C.R., CALIPATRIA STATE PRISON, CALIFORNIA. THEREFORE, VENUE IS PROPER UNDER 28 U.S.C. §§ 1391(B)(3).

## PARTIES

4. PLAINTIFF, JORGE GUADARRAMA, (HEREINAFTER REFERRED TO AS PLAINTIFF) IS A RESIDENT OF THE STATE OF CALIFORNIA AND IS CURRENTLY INCARCERTED BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("C.D.C.R") AND IS SO INCARCERATED AT THE CALIPATRIA STATE PRISON ("CAL-SP") AT ALL TIMES RELEVANT TO THIS COMPLAINT.

5. DEFENDANT, JAMES E. TILTON, (HEREINAFTER REFERRED TO AS DEFENDANT TILTON) IS EMPLOYED BY THE C.D.C.R AS THE SECRETARY AT ALL TIMES RELEVANT TO THIS COMPLAINT.

6. DEFENDANT, L.E. SCRIBNER, (HEREINAFTER REFERRED TO AS DEFENDANT SCRIBNER) IS EMPLOYED BY THE C.D.C.R ASSIGNED TO CAL-SP AT ALL TIMES RELEVANT TO THIS COMPLAINT.

7. DEFENDANT, M. LEVIN, (HEREINAFTER REFERRED TO AS DEFENDANT LEVIN) IS EMPLOYED BY THE CAL-SP AS THE CHIEF MEDICAL OFFICER ("CMO") AT ALL TIMES RELEVANT TO THIS COMPLAINT.

/

/

8. DEFENDANT, K. BALL, (HEREINAFTER REFERRED TO AS DEFENDANT BALL) IS EMPLOYED BY THE CAL-SP AS THE CHIEF PHYSICIAN AND SURGEON ("CP&S") AT ALL TIMES RELEVANT TO THIS COMPLAINT.

9. DEFENDANT, A.M. NGUYE, (HEREINAFTER REFERRED TO AS DEFENDANT NGUYE) IS EMPLOYED BY THE CAL-SP AS A PHYSICIAN AND SURGEON ("P&S") AT ALL TIMES RELEVANT TO THIS COMPLAINT.

10. DEFENDANT, B. COVNER, (HEREINAFTER REFERRED TO AS DEFENDANT COVNER) IS EMPLOYED BY THE CAL-SP AS A PHYSICIAN AND SURGEON ("P&S") AT ALL TIMES RELEVANT TO THIS COMPLAINT.

11. DEFENDANT, .OH, (HEREINAFTER REFERRED TO AS DEFENDANT OH) IS EMPLOYED BY THE CAL-SP AS A P&S AT ALL TIMES RELEVANT TO THIS COMPLAINT.

12. DEFENDANT, S. YOUNG, (HEREINAFTER REFERRED TO AS DEFENDANT YOUNG) IS EMPLOYED BY THE CAL-SP AS A NURSE PRACTITIONER ("NPC") AT ALL TIMES RELEVANT TO THIS COMPLAINT.

13. AT ALL TIMES MENTIONED IN THIS COMPLAINT, EACH INDIVIDUAL DEFENDANT WAS ACTING UNDER COLOR OF STATE LAW.

14. AT ALL TIMES MENTIONED IN THIS COMPLAINT, EACH INDIVIDUAL DEFENDANT WAS ACTING IN THEIR OFFICIAL CAPACITY AND IN THE SCOPE AND COURSE OF THEIR EMPLOYMENT.

15. ALL OF THE DEFENDANTS', AND EACH OF THEM, ARE ALSO SUED IN THEIR INDIVIDUAL CAPACITIES FOR THE CLAIMS ALLEGED IN THIS COMPLAINT.

16. AT ALL TIMES METIONED IN THIS COMPLAINT, THE DEFENDANTS' 5 THROUGH 8 ARE RESPONSIBLE AND LIABLE FOR THE ACTS', OF DEFENDANTS' MENTIONED IN THIS COMPLAINT, WHO HAVE COMMITTED CONSTITUTIONAL VIOLATIONS' PURSUING TO AN OFFICIAL POLICY, LONGSTANDING PRACTICE, AND CUSTOM, WHICH CONSTITUED STANDARD OPERATIONAL PROCEDUAL BEING THAT: DEFENDANT TILTON IS AN OFFICIAL FINAL POLICY MAKING AUTORITY FOR C.D.C.R; DEFENDANT SCRIBER IS AN OFFICIAL FINAL POLICY MAKING AUTORITY FOR CAL-SP; DEFENDANTS' LEVIN, AND BALL ARE OFFICIAL FINAL POLICY MAKING AUTORITY FOR CAL-SP MEDICAL.

/

/

17. PLAINTIFF, IS INFORMED AND BELIEVES, AND ON THE BASIS OF SUCH INFORMATION AND BELIEF ALLEGES, THAT EACH OF DOES 1 THROUGH 30 ARE RESPONSIBLE IN SOME MANNER FOR THE VIOLATIONS' ALLEGED IN THIS COMPLAINT.

18. THE TRUE NAMES AND CAPACITIES OF DOES 1 THROUGH 30, ARE PRESENTLY UNKNOWN TO PLAINTIFF, THEREFORE SUES SAID DOES 1 THROUGH 30, BY SUCH FICTITIOUS NAMES AND WILL SEEK LEAVE TO AMEND THIS COMPLAINT TO ADD THEIR TRUE NAMES AND CAPACITIES WHEN THE SAME HAVE BEEN ASCERTAINED.

# FACTS

19. ON OR ABOUT 2003 OR 2004, PLAINTIFF SUFFERED AN ANKLE INJURY WHICH REQUIRED THE USE OF A SOFT SOLE / TENNIS SHOE CHRONO. SEE EXHIBITS "1", AND "2".

20. TO COMPOUND THIS MATTER PLAINTIFFS ANKLE WAS REINJURED BY CORRECTIONAL OFFICERS' HERE AT CALIPATRIA STATE PRISON. SEE EXHIBITS "3", AND "4".

21. ALL TIMES MENTION IN THIS COMPLAINT PLAINTIFFS MEDICAL APPLIANCES WERE CONFISCATED BY PRISON OFFICERS' ON AUGUST 18, 2005, AND THE INORDINATE DELAY IN PROVIDING ESSENTIAL MEDICAL CARE BY MEDICAL PERSONNEL CLEARLY CONSTITUTED "DELIBERATE INDIFFERENCE", AND PLAINTIFF'S RESULTANT PAIN AND SUFFERING CLEARLY MEET THE STANDARD SET FORTH IN _ESTELLE V. GAMBLE_, 429 U.S. 97 (1976).

22. WHILE HOUSED IN THE OHU (OUTPATIENT HOUSING UNIT) PLAINTIFF ASKED DR. LO.F, IF PLAINTIFF COULD OBTAIN HIS SHOES (E.G., MEDICAL APPLIANCES) DUE TO HIS MEDICAL CONDITION (SEE EXHIBIT "5" ) FOR DOCTORS' RESPONSE.

23. PLAINTIFF HAS BEEN DILIGENT IN TRYING TO OBTAIN HIS MUCH NEEDED MEDICAL APPLIANCES (E.G., SOFT SOLE TENNIS / ORTHOPEDIC [S]HOES. SEE EXHIBITS "6", "7", AND "8".

24. TIL THIS PRESENT DAY PLAINTIFF HAS NOT RECEIVED HIS MEDICAL APPLIANCES AFTER THIS RECOMMENDATIONS'.

25. WHILE HOUSED IN (AD-SEG) A.5 ADMINISTRATIVE SEGREGATION, PLAINTIFF HAS BEEN TOLD SEVERAL TIMES BY THIS HEREIN MENTION DEFENDANTS' THAT PLAINTIFF WOULD NOT GET HIS MEDICAL APPLIANCES EVEN IF HE HAD A CURRENT CHRONO FOR THEM.

26. UNFORTUNATELY, PLAINTIFFS SOFT SOLE/ TENNIS SHOE CHRONO EXPIRED ON MAY 19, 2006. SEE EXHIBIT "9".

27. WHILE HOUSED IN (ASU) ADMINISTRATIVE SEGREGATION UNIT, PLAINTIFF INFORMED SEVERAL MEDICAL PERSONNEL AND CORRECTIONAL OFFICERS' THAT PLAINTIFF NEEDED HIS MUCH NEEDED MEDICAL APPLIANCES DUE TO HIS MEDICAL CONDITION.

28. PLAINTIFF HAS BEEN TOLD SEVERAL TIMES BY THIS HEREIN MENTION DEFENDANTS' THAT PLAINTIFF WOULD

NOT GET HIS MEDICAL APPLIANCES, BECAUSE ASU DOES NOT ALLOW TENNIS AND/OR ORTHOPEDIC SHOES, EVEN IF PLAINTIFF HAD A MEDICAL CONDITION.

29. ON JANUARY 23, 2007, PLAINTIFF'S TENNIS SHOE REQUEST WAS DENIED BY DEFENDANTS' NGUYE, AND COVNER SEE EXHIBITS' "10", AND "11".

30. ON MARCH 13, 2007, PLAINTIFF WENT TO ASU MEDICAL LINE AND SEEN DEFENDANT YOUNG WHICH DENIED PLAINTIFF'S TENNIS SHOE REQUEST. SEE EXHIBIT "12".

31. PLAINTIFF HAS MADE SEVERAL ATTEMPTS TO OBTAIN HIS CHRONO RENEWED, BUT HAS BEEN TOLD BY THE HEREIN MENTION DEFENDANTS' THAT THE SHOE CHRONO WOULD NOT BE RENEWED. SEE EXHIBITS "10", "11", AND "12".

32. ON MAY 08, 2007, PLAINTIFF WAS DIAGNOSED BY DR. BLANTZ WITH PES PLANUS (FLAT FEET) AND PLAINTIFF WAS REFERRED TO A PODIATRIST. SEE EXHIBITS "13", "14", AND "15".

33. ON JUNE 12, 2007, PLAINTIFF SEEN THE PODIATRIST, DR. FARMER, WHICH DIAGNOSED "PATIENT HAS HAD CHRONO BEFORE FOR FLAT FEET AND SPRAINED

ANKLE. PATIENT FEET ARE VERY FLAT WITH WEIGHT BEARING. RECOMMEND SOFT SHOE." SEE EXHIBIT "16".

34. ON ANOTHER MEDICAL DOCUMENT DATED THE SAME DATE AS JUNE 12, 2007, IT STATES "FINDINGS: SEVERE PES PLANUS. RECOMMENDATIONS: SOFT SHOE OR APPROPRIATE SHOE. SEE EXHIBIT "17".

35. TIL THIS PRESENT DAY PLAINTIFF HAS NOT RECEIVED HIS MEDICAL APPLIANCES AFTER THIS RECOMMENDATIONS.

36. THROUGH ALL THIS TIME PLAINTIFF SECOND GRIEVANCE WAS IN THE PROCESS OF BEING EXHAUSTED THROUGH THE APPEALS PROCESS.

37. ON NOVEMBER 06, 2007, PLAINTIFF SEEN DEFENDANT OH, WHICH OUT THE BLUES GAVE A NEW DIAGNOSIS OF MILD FLAT FEET. SEE EXHIBITS "18", AND "19".

38. PLAINTIFF INFORMED DEFENDANT OH THAT HIS NEW DIAGNOSIS WAS IN CONTRA-DICTION WITH DR. FARMER'S FINDINGS/DIAGNOSIS.

39. DEFENDANT OH, STATED "HE DOES NOT KNOW WHAT HIS TALKING ABOUT", MEAN-ING DR. FARMER'S DIAGNOSIS.

40. ON DECEMBER 04, 2008, DR. BLANTZ ISSUED AN ORTHOPEDIC SHOE CHRONO DUE TO THE RECOMMENDATION OF DR. FARMER FINDINGS. SEE EXHIBITS "20", "21", AND "22".

41. ON JANUARY 08, 2008, PLAINTIFF SEEN DR. FARMER AGAIN, WHICH GAVE A NEW DIAGNOSIS OF MILD FLAT FEET. SEE EXHIBITS "23", AND "24".

42. WITH THIS NEW DIAGNOSIS FROM THE PODIATRIST, DR. FARMER, PLAINTIFF WOULD NOT RECEIVE THE MUCH NEEDED MEDICAL APPLIANCES, AND WOULD NOT CONTRADICT THE OTHER PREVIOUS DOCTORS' DIAGNOSIS. DEPRIVING PLAINTIFF ONCE AGAIN OF THIS MEDICAL APPLIANCE THAT WOULD ACCOMMODATE WITH PLAINTIFF'S DISABILITY, AND MEDICAL CONDITION.

43. DEFENDANTS' HAVE FORCED PLAINTIFF TO WALK IN INADEQUATE FOOTWEAR SINCE AUGUST 18, 2005, SUBJECTING PLAINTIFF TO ENDURE CHRONIC AND SUBSTANTIAL PAIN.

44. DEFENDANTS' ARE GIVING PLAINTIFF THE "PINGPONG" EFFECT AS TO HIS MEDICAL CARE (E.G., MEDICAL APPLIANCES). MEDICAL PERSONNEL THROWS IT TO CUSTODY, AND CUSTODY THROWS IT BACK AT MEDICAL. SEE EXHIBITS "10", "11",

"28", "29", AND "30".

## FIRST CAUSE OF ACTION

45. PLAINTIFF REFERS AND INCORPORATES BY REFERENCE HEREIN THE ALLEGATIONS OF PARAGRAPHS # 1 THROUGH # 44, INCLUSIVE.

46. DEFENDANTS' HAVE DENIED PLAINTIFF HIS EIGHTH AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT IN THE FORM OF DEPRIVATION OF MEDICAL CARE, THUS DENYING A BASIC HUMAN NEED GUARANTEED TO PRISONERS' BY THE U.S. CONSTITUTION. SEE: HELLING V. MCKINNEY, 509 U.S. 25, 31-32 (1993); WILSON V. SEITER, 501 U.S. 294, 304-05 (1991). ADDITIONALY, THE CONFISCATION OF PLAINTIFF'S MEDICAL APPLIANCES CONSTITUTES CRUEL AND UNUSUAL PUNISHMENT BY INTENTIONALLY INTERFERING WITH TREATMENT ONCE PRESCRIBED. SEE: ESTELLE V. GAMBLE, 429 U.S. 97, 105 (1976).

47. PLAINTIFF IS INFORMED AND BELIEVES, AND THEREON ALLEGES, THAT DEFENDANTS' HAVE ACTED INTENTIONALLY IN THE MANNER DESCRIBED ABOVE AND WITH KNOWLEDGE OF PLAINTIFF'S SUFFERING AND THE RISK OF FURTER SERIOUS HARM

THAT COULD RESULT FROM THEIR ACTIONS AND/OR REFUSAL TO ACT.

48. DEFENDANTS' ACTS, AS ALLEGED HEREIN, WERE DESPICABLE, KNOWINGLY, WILLFULY, MALICIOUSLY, AND/OR CARRIED OUT WITH RECKLESS DISREGARD FOR PLAINTIFF'S FEDERALLY PROTECTED RIGHTS.

49. AS A DIRECT AND PROXIMATE RESULT OF ALL OF THE DEFENDANTS' ACTIONS HERE IN ALLEGED, PLAINTIFF SUFFERED, AND CONTINUES TO SUFFER, PHYSICAL INJURY. PLAINTIFF IS ENTITLED TO AN AWARD OF COMPENSATORY, PUNITIVE, AND EXEMPLARY DAMAGES FOR INJURIES SUFFERED.

50. AS A FURTHER DIRECT AND PROXIMATE RESULT OF ALL OF THE DEFENDANTS' ACTIONS HEREIN ALLEGED, PLAINTIFF SUFFERED, AND CONTINUES TO SUFFER, SEVERE EMOTIONAL AND PSYCHOLOGICAL DISTRESS. PLAINTIFF IS ENTITLED TO AN AWARD OF COMPENSATORY, PUNITIVE, AND EXEMPLARY DAMAGES SUFFERED.

51. DEFENDANTS' CONDUCT VIOLATES U.S.C. §§ 1983, BECAUSE THAT CONDUCT CONSTITUTES DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS IN VIOLATION OF PLAINTIFF'S EIGHTH AMENDMENT RIGHT TO BE FREE FROM

CRUEL AND UNUSUAL PUNISHMENT.

## SECOND CAUSE OF ACTION.

52. PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE EACH OF THE ALLEGATIONS OF PARAGRAPHS # 1 THROUGH # 44, INCLUSIVE, AND PARAGRAPHS # 45 THROUGH # 51, INCLUSIVE, OF THE FIRST CAUSE OF ACTION, AS IF ALLEGED HEREIN.

53. PLAINTIFFS MEDICAL CONDITION, AS DESCRIBED HEREIN, CONSTITUTES A SERIOUS MEDICAL NEED IN THAT FAILURE TO TREAT THE CONDITION HAS RESULTED IN FURTHER SIGNIFICANT INJURY, AND THE ONGOING FAILURE TO TREAT IT IS LIKELY TO CAUSE MORE SERIOUS INJURY. SAID INJURY HAS INCLUDED, BUT NOT NESSARILY BEEN LIMITED TO, SHARP, JABBING, FREEZING, ELECTRIC-LIKE PAIN, AND EFFECTING PHYSICAL IMPAIRMENTS MOBILITY, WALKING, AND STANDING WITH CHRONIC AND SUBSTANTIAL PAIN. PLAINTIFFS MEDICAL CONDITION ALSO SIGNIFICANTLY AFFECTS, AND LIMITES MAJOR LIFE ACTIVITIES IN PRISON EACH AND EVERY DAY. SEE: ESTELLE V. GAMBLE, 429 U.S. 97, 104 (1976); BROCK V. WRIGHT, 315

F.3d 158, 162 (2nd Cir. 2003); ABNEY V. MCGINNIS, 380 F.3d 663 (2nd Cir. 2004); JETT V. PENNER, 439 F.3d 1091, 1098 (9th Cir. 2006); KIMAN V. NEW HAMPSHIRE DEP'T OF CORRECTIONS, 451 F.3d 274, 284 (1st Cir. 2006).

## THIRD CAUSE OF ACTION.

54. PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE EACH OF THE ALLEGATIONS OF PARAGRAPHS # 1 THROUGH # 44, INCLUSIVE, AND PARAGRAPHS # 45 THROUGH # 51, INCLUSIVE, OF THE FIRST CAUSE OF ACTION, AND PARAGRAPHS # 52 THROUGH # 53, INCLUSIVE, OF THE SECOND CAUSE OF ACTION, AS IF ALLEGED HEREIN.

55. PLAINTIFF IS INFORMED AND BELIEVES AND THEREON ALLEGES, THAT DEFENDANTS' TILTON, SCRIBNER, LEVIN, BALL, AND OTHER DOE DEFENDANTS' OF WHOM PLAINTIFF IS NOT PRESENTLY AWARE, KNEW, AND WERE CAPABLE OF, AND LIKELY TO PERPETRATE SUCH AN OUT-RAGEOUS ACTS AS CONFISCATION AND/OR DEPRIVATION OF MEDICAL APPLIANCES, YET WITH THERE POSITION OF AUTHORITY CARRY OUT THIS OFFENSIVE BEHAVIOR.

56. IN DOING SO, DEFENDANTS' IMPLEMENT A POLICY THAT REPUDIATED PLAINTIFFS CONSTITUTIONAL RIGHTS AND WAS UNCONSCIONABLE. PLAINTIFFS MEDICAL CONDITION, DISABILITY, AND THE CIRCUMSTANCE SUGGEST THAT THE DEFENDANTS' HAD BEEN EXPOSED TO INFORMATION CONCERNING THE RISK AND THUS 'MUST HAVE KNOW' ABOUT IT, THEN SUCH EVIDENCE COULD BE SUFFICIENT TO PERMIT A TRIER OF FACT TO FIND THAT THE DEFENDANTS' HAD ACTUAL KNOWLEGE OF THE RISK. SEE: EXHIBITS' 1 THROUGH 9, 11, 13 THROUGH 17, 20, 21, 22, 25, 26, 27, AND WILSON V. SEITER, 501 U.S. 294, 303 (1991); FARMER V. BRENNAN, 511 U.S. 825, 842-43 (1994). UNDER THE DOCTRINE OF SUPERVISORY LIABILITY DEFENDANTS' ARE LIABLE FOR PLAINTIFF INJURIES. SEE: TAYLOR V. LIST, 880 F.2d 1040, 1045 (9th Cir. 1989); RIPSON V. ALLES, 21 F.3d 805, 809 (8th Cir. 1994); VALDES V. CROSBY, 405 F.3d 1231, 1244 (11th Cir. 2006); HYDRICK V. HUNTER, 449 F.3d 978, 992 (9th Cir. 2006).

FOURTH CAUSE OF ACTION

57. PLAINTIFF REALLEGES AND INCORPORATES BY REFERANCE EACH OF THE ALLEGATIONS OF PARAGRAPHS #1 THROUGH #44, INCLUSIVE, AND PARAGRAPHS #45 THROUGH #51, INCLUSIVE, OF THE FIRST CAUSE OF ACTION, AND PARAGRAPHS #52 THROUGH #53, INCLUSIVE, OF THE SECOND CAUSE OF ACTION, AND PARAGRAPHS #54 THROUGH #56, INCLUSIVE, OF THE THIRD CAUSE OF ACTION, AS IF ALLEGED HEREIN.

58. PLAINTIFF IS INFORMED AND BELIEVES AND THEREON ALLEGES, THAT DEFENDANTS' HAVE RETALIATED AGAINST PLAINTIFF FOR FILING GRIEVANCES, AND IS BEING DONE WITHOUT DUE PROCESS OF LAW, AND EQUAL PROTECTION. DENYING PLAINTIFF HIS FIRST AND FOURTEENTH AMENDMENT RIGHT'S OF THE U.S. CONSTITUTION.

59. IN DOING AS ALLEGED HEREIN DEFENDANTS' ACTED IN A RETALIATORY MOTIVE. THEREFORE, PROVIDING CIRCUMSTANTIAL EVIDENCE BETWEEN THE TIME THE GRIEVANCES WERE FILED AND THIS NEW DIAGNOSIS ARISED. SEE: RIZZO V. DAWSON, 778 F.2d 527, 531-32 (9th Cir. 1985); PRATT V. ROWLAND, 65 F.3d 802, 806 & N.4

(9th Cir. 1995); ROUSE V. BENSON, 193 F. 3d 936, 943 (8th Cir. 1999); DAVIS V. GOORD, 320 F.3d 346, 353 (2nd Cir. 2003); JONES V. BLANAS, 393 F. 3d 918, 932 (9th Cir. 2004); RODRIGUEZ V. MC CLENNING, 399 F. Supp. 2d 228, 239-40 (S.D.N.Y. 2005).

DEMAND FOR JURY TRIAL

60. PLAINTIFF, HEREBY REQUEST A JURY TRIAL PURSUANT TO RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE, AND CIVIL RULE 38.1 OF THE LOCAL RULES OF PRACTICE FOR THE SOUTHERN DISTRICT OF CALIFORNIA.

//

//

//

//

//

//

//

//

//

//

//

//

//

PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF PRAYS FOR JUDGMENT AGAINST DEFENDANTS' AS FOLLOWS:

FIRST CAUSE OF ACTION

1. FOR DECLARATORY AND INJUCTIVE RELIEF IN THE FORM OF PROPER MEDICAL CARE, DIAGNOSIS, AND TREATMENT, ACCORDING TO PROOF AT THE TIME OF TRIAL;

2. FOR GENERAL DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

3. FOR SPECIAL DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

4. FOR PUNITIVE DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

5. FOR EXEMPLARY DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

6. APPOINT COUNSEL, AND AWARD REASONABLE ATTORNEY FEES PURSUANT TO 42 U.S.C. § 1988;

7. APPOINT MEDICAL EXPERT PURSUANT TO F.R.E. § 706;

8. FOR COST OF THE SUIT; AND

9. GRANT ANY OTHER AND FURTHER RELIEF THE COURT DEEMS JUST, PROPER AND

EQUITABLE.

SECOND CAUSE OF ACTION

1. FOR DECLARATORY AND INJUCTIVE RELIEF IN THE FORM OF PROPER MEDICAL CARE, DIAGNOSIS, AND TREATMENT, ACCORDING TO PROOF AT THE TIME OF TRIAL;

2. FOR GENERAL DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

3. FOR SPECIAL DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

4. FOR PUNITIVE DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

5. FOR EXEMPLARY DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

6. APPOINT COUNSEL, AND AWARD REASONABLE ATTORNEY FEES PURSUANT TO 42 U.S.C. §§ 1988;

7. APPOINT MEDICAL EXPERT PURSUANT TO F.R.E. §§ 706;

8. FOR COST OF THE SUIT; AND

9. GRANT ANY OTHER AND FURTHER RELIEF THE COURT DEEMS JUST, PROPER AND EQUITABLE.

//

//

//

## THIRD CAUSE OF ACTION

1. FOR DECLARATORY AND INJUCTIVE RELIEF IN THE FORM OF PROPER MEDICAL CARE, DIAGNOSIS, AND TREATMENT, ACCORDING TO PROOF AT THE TIME OF TRIAL;

2. FOR GENERAL DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

3. FOR SPECIAL DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

4. FOR PUNITIVE DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

5. FOR EXEMPLARY DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

6. APPOINT COUNSEL, AND AWARD REASONABLE ATTORNEY FEES PURSUANT TO 42 U.S.C. §§ 1988;

7. APPOINT MEDICAL EXPERT PURSUANT TO F.R.E. §§ 706;

8. FOR COST OF THE SUIT; AND

9. GRANT ANY OTHER AND FURTHER RELIEF THE COURT DEEMS JUST, PROPER AND EQUITABLE.

## FOURTH CAUSE OF ACTION

1. FOR DECLARATORY AND INJUCTIVE RELIEF IN THE FORM NO MORE RETALIATION BY DEFENDANTS' AGAINST PLAINTIFF FOR EXERCISING HIS RIGHTS, ACCORDING TO PROOF AT THE TIME OF TRIAL;

2. FOR GENERAL DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

3. FOR SPECIAL DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

4. FOR PUNITIVE DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

5. FOR EXEMPLARY DAMAGES, ACCORDING TO PROOF AT THE TIME OF TRIAL;

6. APPOINT COUNSEL, AND AWARD REASON-ABLE ATTORNEY FEES PURSUANT TO 42 U.S.C. §§ 1988;

7. FOR COST OF THE SUIT; AND

8. GRANT ANY OTHER AND FURTHER RELIEF THE COURT DEEMS JUST, PROPER AND EQUITABLE.

# VERIFICATION

I, JORGE GUADARRAMA, STATE:

I AM THE PLAINTIFF IN THIS ACTION. I HAVE READ THE FOREGOING COMPLAINT AND THE FACTS STATED THEREIN ARE TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS THAT ARE THEREIN STATED ON MY OWN INFORMATION AND BELIEF, AND AS TO THOSE MATTERS I BELIEVE THEM TO BE TRUE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. THIS DECLARATION WAS EXECUTED THIS TWENTY-SECOND DAY OF JUNE, 2008 AT CALIPATRIA, CALIFORNIA.

RESPECTFULLY SUBMITTED,

[signature]

JORGE GUADARRAMA
D-54739
DECLARANT-PLAINTIFF
IN PRO PER

# PLAINTIFF'S EXHIBIT LIST

| NUMBER OF EXHIBIT | DESCRIPTION | DATED |
|---|---|---|
| "1" | CDC 7221 (2/00). | 05/24/2004. |
| "2" | CDC 7230 (REV. 04/03). | 05/25/2004. |
| "3" | CDC 837-A1 (09/03). | 09/08/2005. |
| "4" | CDC 7219 (REV. 11/02). | 08/18/2005. |
| "5" | CDC 7221 (2/00). | 11/02/2005. |
| "6" | CDC 7221 (2/00). | 07/18/2006. |
| "7" | CDC 7230 (REV. 04/03). | 07/18/2006. |
| "8" | CDC 7243 (REV. 11/02). | 12/29/2006. |
| "9" | CDC 7410 (03/04). | 05/19/2006. |
| "10" | CDC 7230 (REV. 04/03). | 01/23/2007. |
| "11" | CDC 7230 (REV. 04/03). | 01/23/2007. |
| "12" | CDC 7230 (REV. 04/03). | 03/13/2007. |
| "13" | CDC 7243 (REV. 11/02). | 05/08/2007. |
| "14" | CDC 7221 (2/00). | 05/08/2007. |
| "15" | CDC 7394 | 05/08/2007. |
| "16" | CDC 7230 (REV. 04/03). | 06/12/2007. |
| "17" | CDC 7243 (REV. 11/02). | 06/12/2007. |
| "18" | CDC 7243 (REV. 11/02). | 11/06/2007. |
| "19" | CDC 7230 (REV. 04/03). | 11/06/2007. |
| "20" | CDC 7394 (03/03). | 12/04/2007. |
| "21" | CDC 7221 (4/90). | 12/04/2007. |
| "22" | CDC 7410 (03/04). | 12/04/2007. |
| "23" | CDC 7243 (REV. 11/02). | 01/08/2008. |
| "24" | CDC 7230 (REV. 04/03). | 01/08/2008. |

CONTINUATION OF

PLAINTIFF'S EXHIBIT LIST

| NUMBER OF EXHIBIT | DESCRIPTION | DATED |
|---|---|---|
| "25" | CDC 7243 (REV. 9/77). | 05/25/2004. |
| "26" | STD. 100-B (REV. 9-70c). | 01/04/2007. |
| "27" | CDC 7221 (2/00). | 12/31/2007. |
| "28" | CDCR MEMORANDUM | 03/05/2008. |
| "29" | CDC 7230 (REV. 04/03). | 06/26/2007. |
| "30" | CDC GA-22 (9/92). | 08/07/2006. |
| | CIVIL RIGHTS COMPLAINT [42 U.S.C. §§ 1983] DEMAND FOR JURY TRIAL [F.R.C.P. §§ 38(B); LOCAL RULE 38.1] | 06/22/2008. |
| | MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS. | 06/22/2008. |

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, JORGE GUADARRAMA DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE PLAINTIFF IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS TWENTY-SECOND DAY OF: JUNE, 2008 AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) [signature]
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

ORIGINAL

I, JORGE GUADARRAMA AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002. CALIPATRIA, CALIFORNIA #92233-5002.

ON JUNE 22, 2008 I SERVED THE FOREGOING: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK, 880 FRONT STREET., SUITE 4290, SANDIEGO, CALIFORNIA. 92101-8900

*(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)*

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

(SEE ATTACHED EXHIBIT LIST)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET., SUITE 4290
SANDIEGO, CALIFORNIA. 92101-8900

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: JUNE 22, 2008. [signature]
(DECLARANT/PRISONER)

JS44

(Rev. 07/89)

FILING FEE PAID Yes No

IFP MOTION FILED Yes ✓ No

COPIES SENT TO Court ✓ ProSe

FILED

JUN 27 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS** | **DEFENDANTS**

**Jorge Guadarrama** | **James E Tilton**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Jorge Guadarrama**
**PO Box 5002**
**Calipatria, CA 92233**
**P-54739**

**ATTORNEYS (IF KNOWN)**

'08 CV 1158 H CAB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury-Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 6/30/08 SIGNATURE OF ATTORNEY OF RECORD [signature]

FILED
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

'08 CV 1158 H CAB

COPY

EXHIBIT
1

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 5-25-04 | | | soft shoe/Chrono: due to medical condition – S/P sprain (R) ankle – allow I/M to wear Tennis shoes obtained by exp from a vendor meeting ? room according to custody regulations + to areas allowed x 1 year |
| | | | S. Woogen |
| 5/25/04 | 12[30] | | Noted : - [illegible] SMTA(A) |

| ALLERGIES: NKDA | INSTITUTION ISP | ROOM/WING A3-221 |
|---|---|---|

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

GUADARRAMA JORGE
1/10/81
P54739

California State Prison
MAR - 4 2008
Health Records
Inmate Copy

**PHYSICIAN'S ORDERS**

CDC 7221 (9/00)

COPY

EXHIBIT
2

| DATE | TIME | |
|---|---|---|
| 5-25-04 | | Tender (R) ankle & difficulty wearing |
| | | State shoes |
| | | Last seen 5-13-04 for same condition |
| | | O: Tender posterior (R) ankle ō DFPF (R) ankle |
| | | A: S/P sprain (R) ankle |
| | | P: SS chrono - Tenn shoes |
| | | [signature] |

INSTITUTION ISP

HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

QUADARRAMA, JORGE
P54739
1/10/81

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

COPY

EXHIBIT
3

STATE OF CALIFORNIA

354

DEPARTMENT OF CORRECTIONS

# CRIME / INCIDENT REPORT
## PART A1 - SUPPLEMENT
CDC 837-A1 (09/03)

PAGE 6 OF 44

| INCIDENT LOG NUMBER |
|---|
| CAL-FCY-05-08-0455 |

| INSTITUTION | FACILITY | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|
| CAL | C | 08/18/05 | 14:55 |

TYPE OF INFORMATION:
☐ SYNOPSIS/SUMMARY OF INCIDENT ☐ SUPPLEMENTAL INFORMATION ☒ AMENDED INFORMATION ☐ CLOSURE REPORT

NARRATIVE:

INMATE INJURIES/TREATMENT:

Inmate Aguilar, P37342, OC exposure, cut, swelling on forehead, back top of head; Inmate Christian, J61853, Abrasion, swelling to forehead area, complains of pain to left rib area, swelling to both knees, numbness to left thigh area; Inmate Gonzales, T71940, OC, laceration to back of head; Inmate Fajardo, T06436, laceration to top of head, cuts/puncture to left inside forearm; Inmate Serrano, P76965, blister right shoulder and right foot, red area right side of chest; Inmate Real, T08889, exposure to OC, pain to right shoulder, pain to both wrists; Inmate Chavez, P67705, Laceration to right cheek; Inmate Ruiz, E50797, red area to both wrists, laceration to right middle knuckle; Inmate Hernandez, T54484, Pain to both wrists; Inmate Montes, K-59314, reddened stomach area, bruise to right back side shoulder area, bruise to both buttocks and back of right thigh, bruising to both right and left calf area; Inmate Guadarrama, P54739, exposure to OC, burns to both hands, reddened area to back, stomach, chest area, pain to right ankle; Inmate Olmos, T58990, welt with swelling above left eyebrow, OC exposure; Inmate DeLuna, P12039, reddened area right and left knuckles; Inmate Preciado, P41036, reddened area right and left wrist; Inmate Acevedo, K25367, small abrasions/scratch over right eyebrow, abrasion/scratch with swelling to back shoulder area with bruising on right side; Inmate Mora, P44016, sutures to back of head; Inmate Bueno, T47005, Laceration right side of head, OC exposure; Inmate Good, T05000, exposure to OC; Inmate Salazar, P23279, abrasion and bruise to right cheek, laceration to ring finger middle knuckle, puncture to left forearm, red and swelling to back of neck, right side of back and left rib area; Inmate Perez, J76661, Swollen area to right forehead and right eye area; Inmate Jacobo, T69893, laceration and Hematoma to head and two wounds to scalp; Inmate Zamora, H16522, suffered gun shot wound to right mid section flank resulting in death.

DECONTAMINATION:

All inmates that were exposed to OC were decontaminated with cool running water or fresh air. Those inmates within Housing Unit C5 were decontaminated with fresh air only as to not interfere with medical care and to ensure the integrity of the crime scene.

ADDITIONAL INFORMATION:

All involved inmates were medically cleared and rehoused within Facility C on Administrative Segregation (Ad-Seg) Unit status pending bed availability in Ad-Seg. As of today's date, all involved inmates have been rehoused in Ad-Seg pending a review by the Institutional Classification Committee for their program and housing needs.

During a subsequent search of Inmate Zamora's assigned cell and property, ISU staff discovered a bindle containing a white crystalline substance. A Control Substance Field Identification Test (Valtox) was conducted and the substance tested presumptively for the presence of Methamphetamine.

Pending the completion of the investigation, all involved inmates will be issued a CDC 115 Rules Violation Report as to their involvement and/or participation in this incident.

All involved staff were canvassed to submit reports inclusive of those injured.

On Sunday, August 21, 2005, Correctional Lieutenant G. Stratton conducted video taped interviews with all involved inmates and none of the inmates alleged excessive or unnecessary use of force .

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| A. A. TERHUNE | LIEUTENANT | 17692 | 1568 |
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) | DATE |
| [signature] | | 6305 | 9/8/05 |
| NAME OF WARDEN / AOD (PRINT/SIGN) | | TITLE | DATE |
| G. GIURBINO [signature] | | WARDEN (A) | 9/8/05 |

COPY

EXHIBIT
4

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE

Dist

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | | | DATE |
|---|---|---|---|---|---|
| [illegible] | [illegible] | USE OF FORCE | INJURY / UNUSUAL OCCURRENCE | ON THE JOB INJURY / PRE AD/SEG ADMISSION | 8/ [illegible] |

| | NAME LAST | FIRST | CDC NUMBER | HOUSING LOC. | NEW HOUSING LOC. |
|---|---|---|---|---|---|
| THIS SECTION FOR INMATE ONLY | [illegible] | | [illegible] | | |

| | NAME LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | | | | | |

| | NAME LAST | FIRST | MIDDLE | DOB | OCCUPATION |
|---|---|---|---|---|---|
| THIS SECTION FOR VISITOR ONLY | | | | | |
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |
| | | | | | |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) |
|---|---|---|
| [illegible] | [illegible] | |

| TIME NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL (circle) | AGE | RACE | SEX |
|---|---|---|---|---|---|---|
| 1630 | [illegible] | [illegible] | LITTER / WHEELCHAIR / AMBULATORY / ON SITE | [illegible] | [illegible] | [illegible] |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"I got pain in my hand"

INJURIES FOUND? YES / NO

| | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

Heat Exhaust / Pepper spray




O.C. SPRAY EXPOSURE? YES / NO

DECONTAMINATED? YES / NO

Self-decontamination instructions given? YES / NO

Refused decontamination? YES / NO

Q 15 min. checks

Staff issued exposure packet? YES / NO

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| | |

TIME/DISPOSITION

Take to [illegible]

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | BADGE # | RDOs |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

(Medical data is to be included in progress note or emergency care record filed in UHR)

CDC 7219 (Rev. 11/02) DISTRIBUTION: ORIGINAL - UHR CANARY - CUSTODY PINK - HEALTH AND SAFETY/RTW COORD.

COPY

EXHIBIT
5

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11/2/05 | | | Follow wound care by A. Spelyng OTR/L 11-1-05 Treatment PLAN |
| | | (1) | Rt hand - web space between thumb + index finger - This area |
| | | | needs only a topical antibiotic + XEROFORM c̄ light dressing to |
| | | | assist c̄ healing. (2) To prevent contracture to Rt hand |
| | | | use C-BAR splint. Splint to be worn on/OFF during the |
| | | | day, preferably 2° on, 2° OFF. Splint to be on All Night! |
| | | (3) | check for red areas after removing the splint! This will |
| | | | indicate pressure areas. Mark the splint c̄ an X, if there |
| | | | are areas that need to be adjusted at next appointment. |
| | | (4) | IF the area does not return to regular color within |
| | | | 20 minutes, decrease the usage of the splint by an ½°. |
| | | (5) | Monitor daily + PRN for swelling in his hands and digits |
| | | (6) | Edema glove to Left hand to be worn all day and night |
| | | | except for washing hands and exercises. |
| | | (7) | Tubigrip to Left forearm to assist c̄ compression of his |
| | | | graft site. (8) All graft sites need to have lotion |
| | | | applied 2 times a day to prevent contractures. |
| | | | [signature] |
| 11/2/05 | | | - O.K. TO HAVE SOFT SHOES. |
| | | | |

| ALLERGIES: | INSTITUTION | ROOM/WING |
|---|---|---|
| Ø | Calipatria | Ortho 18 |

CDC NUMBER, NAME (LAST, FIRST, MI)

GUADARRAMA
P54739

California State Prison
MAR 10 2008
Health Records
Inmate Copy

D03

Confidential client information See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA OSP 00 35617 DEPARTMENT OF CORRECTIONS

COPY

EXHIBIT

6

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 7/18/06 | 0845 | 1 | LFTS FOR GRISEOFULVIN |
| | | | PLEASE DOUCAT P̄ RESULTS OF |
| | | | THIS LAB IS IN CHART. |
| | | 2 | TENNIS SHOE CHRONO. PLEASE |
| | | | PLACE IN EFFECT X 1 YEAR |
| | | 3 | ↑ ATENOLOL TO 25mg i PO |
| | | | BID X 90 DAYS |
| | | | RTC IN ≥ 3 WKS (ALSO FOR |
| | | | #2 ABOVE) |
| | | | [signature], PAC |
| | | | Noted [signature] 7-18-06 |

| ALLERGIES: | INSTITUTION | ROOM/WING |
|---|---|---|
| NKA | CAL SP | |

CDC NUMBER, NAME (LAST, FIRST, MI)

[illegible] [illegible] 9739

Calipatria State Prison
MAR 17 2008
Health Records
Inmate Copy

Confidential
client information
See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)

COPY

EXHIBIT

7

| DATE | TIME | |
|---|---|---|
| 7/18/06 | 0845 | S: TAKES BP MEDS IN AMS. DID TAKE TODAY - ALSO, NAIL LAQUER c̄ IMPROVEMENT OF TOE NAIL FUNGUS. ⊖ CP, PALP, DIZZY, H/A, VISUAL DS. NEEDS T. SHOE CHRONO RENEWED 2° PAIN |
| | | O: (L) FOOT c̄ CRUSTY, BLUE NAIL BEDS # 2, 3, 4, 5. BP ↑ |
| | | CARDIO: NRRS (m) |
| | | A/P: (1) ONYCHOMYCOSIS - √ LFTS - IF WNL, START GRISEOFULVIN c̄ - 1-2 MONTH USE |
| | | (2) FOOT PAIN - TENNIS SHOE ORDER |
| | | (3) HTN: - ↓ WT BY 10% - ↑ ATENOLOL TO 25 mg BID - RTC IN 3 WKS - BP √ |
| | | Steven Young, PA-C |
| | | No review of VS documented [illegible] |
| | | What about his [illegible] that are to be followed [illegible] Need to document progress [illegible] |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| CALSP | | GUADARRAMA P54739 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

COPY

EXHIBIT 8

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| | | |

| DATE OF BIRTH | EPRD DATE | GENDER |
|---|---|---|
| | | |

| PRINCIPLE DIAGNOSIS | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|
| | | |

| REQUESTED SERVICE(S) | # OF DAYS RECOMMENDED |
|---|---|
| | |

*Please circle all that apply:* **Diagnostic Procedure/Consultation** **Outpatient/Inpatient** **Initial/Follow-up**

Requested Treatment/Service is: **EMERGENT** **URGENT** **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: ____

Proposed Provider: ____ Anticipated Length of Stay: ____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): ____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant)*: ____

Estimated time for service delivery, recovery, rehabilitation and follow-up: ____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): ____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): ____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #: |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|
| 12/29/06 | Carlos Valenzuela, MD |

FINDINGS: Inmate has severe burns & contractures of L wrist, hand & fingers

RECOMMENDATIONS: Needs custom forearm, wrist, hand & finger splints and I also recommend inmate to have a hand splinter in his possession at all times due to medical problems.

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: To return next orthopedic clinic

| CONSULTANT SIGNATURE | DATE |
|---|---|
| Carlos Valenzuela MD [signature] | 12/29/06 |
| ETA RN SIGNATURE | DATE |
| PCP SIGNATURE | DATE |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Guadarrama
P54737
A5-134

Health Records Inmate Copy MAR 2008

**Attach Progress Note page for additional information.**

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

COPY

EXHIBIT
9

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

INSTRUCTIONS: A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| | | | | |
|---|---|---|---|---|
| None ✓ | | | Bottom Bunk | P / T ______ |
| Barrier Free/Wheelchair Access | P / T ______ | | Single Cell (See 128-C date: ______ ) | P / T ______ |
| Ground Floor Cell | P / T ______ | | Permanent OHU / CTC (circle one) | P / T ______ |
| Continuous Powered Generator | P / T ______ | | Other ______ | P / T ______ |

## B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None | | Wheelchair: (type) ______ | P / T ______ |
| Limb Prosthesis | P / T ______ | Contact Lens(es) & Supplies | P / T ______ |
| Brace | P / T ______ | Hearing Aid | P / T ______ |
| Crutches | P / T ______ | Special Garment: (specify) ______ | P / T ______ |
| Cane: (type) ______ | P / T ______ | | |
| Walker | P / T ______ | Rx. Glasses: ______ | P / T ______ |
| Dressing/Catheter/Colostomy Supplies | P / T ______ | Cotton Bedding | P / T ______ |
| Shoe: (specify) Tennis shoes | P / (T) 5/19/06 | Extra Mattress | P / T ______ |
| Dialysis Peritoneal (1/x purchased) | P / T ______ | Other ______ | P / T ______ |

## C. OTHER

| | | | |
|---|---|---|---|
| None ✓ | | Therapeutic Diet: (specify) ______ | P / T ______ |
| Attendant to assist with meal access and other movement inside the institution. | P / T ______ | Communication Assistance | P / T ______ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P / T ______ |
| | | Short Beard | P / T ______ |
| Wheelchair Accessible Table | P / T ______ | Other ______ | P / T ______ |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☐ Yes ☐ No

If yes, specify: ______

| | | |
|---|---|---|
| INSTITUTION: Cal SP | COMPLETED BY (PRINT NAME): [illegible] | TITLE: MD |
| SIGNATURE: [signature] | DATE: 5/19/08 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH: Quadarrama, J. P 54739 [illegible] |
| HCM/CMO SIGNATURE: [signature] / Dr Levin | DATE: 5/25/08 | |
| (CIRCLE ONE) (APPROVED) / DENIED | | |

COMPREHENSIVE ACCOMMODATION CHRONO

cc: R&R Warehouse

COPY

EXHIBIT
10

| DATE | TIME | |
|---|---|---|
| 1/23/07 | | S: desirous of [illegible] here in ASU. |
| | | BP / ; would re-eval |
| | | O: wounds intact, clean, dry |
| | | contracture [illegible] |
| | | [illegible] |
| | | A: BP good [illegible] → continue same |
| | | P: [illegible] 1/25 |
| | | (1) Wound → D/a daily dressing [illegible] |
| | | (2) Contracture → needs [illegible] previously ordered + okayed?? |
| | | (4) [illegible] → no longer provided; Custody has declined [illegible] here in ASU. |
| 1/28/07 | 2000 | Inmate brought to OHU for NPO status p MN in preparation for dental surgery in Am. [signature] |
| 1/29/07 | | 07:30. Pt. ready to go out for his Dental Appointment escort officer C/O Collado. Stable condition. [signature] |
| Temp 96.8 | | |
| R- 20 | | |
| BP 139/91 | | |
| HR 64 | | |

California State Prison
JAN 3 0 2007
Health Records
Inmate Copy

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| Cal SP | ASU-102 | P54739 Guadarrama |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

COPY

EXHIBIT

11

| DATE | TIME | |
|---|---|---|
| 3/13/07 | 1130 | S: I/P STATES (R) HEEL/ANKLE PAIN |
| | | X "A WHILE". WHEN QUESTIONED FURTHER, |
| | | STATES "AT LEAST A MONTH". ALSO c̄ |
| | | LEFT FOOT PAIN @ BOTTOM. "THESE |
| | | SHOES ARE NOT ENOUGH SUPPORT." DID |
| | | SPEAK c̄ DR. COUVER ABOUT THIS c̄ LAST |
| | | VISIT. I/P STATES "I WANT TO SEE ORTHO SPECIALIST" |
| | | O: NAD WALKS c̄ NL GAIT "NEGATIVE X-RAY-(R) |
| | | HEEL-TO-TOE WALK WNL (-NEGATIVE X-RAY- (L) ANKLE FOOT |
| | | - (R) FOOT = (L) FOOT (B) WRIST/HAND c̄ |
| | | - s̄ EDEMA, s̄ ERYTHEMA, ARE WARM-CUTANEOUS, DRY (B) |
| | | - I/P STATES PAIN ON CALCANEAL |
| | | REGION - LEFT ; @ ANKLE - |
| | | RIGHT |
| | | A/P: FOOT/ ~~HEEL~~ PAIN (B) - ⊖ FX BURNS - |
| | | c̄ NL EXAM STABLE |
| | | - REQUEST FOR SNEAKERS AS OF 2/20/07 |
| | | DENIED |
| | | E - CUSTODY IS IN CHARGE |
| | | (I/P WAS DENIED BY DR. |
| | | COUVER ON 1/23/07) |
| | | - MOTRIN 600mg SIG: † PO |
| | | B.I.D X 30 DAYS c̄ ‡ 2 RF |

INSTITUTION: CTF-C.

HOUSING UNIT: ANW-138

Steven Young, PA-C

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

P54739

GUADARRAMA

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

COPY

EXHIBIT
12

| DATE | TIME | |
|---|---|---|
| 3/13/07 | 1130 | S: I/P STATES (R) ~~HEEL~~ / ANKLE PAIN |
| | | x "A WHILE". WHEN QUESTIONED FURTHER, |
| | | STATES "AT LEAST A MONTH". ALSO c̄ |
| | | LEFT FOOT PAIN @ BOTTOM. "THESE |
| | | SHOES ARE NOT ENOUGH SUPPORT." DID |
| | | SPEAK c̄ DR. COUNTER ABOUT THIS c̄ LAST |
| | | VISIT. I/P STATES "I WANT TO SEE ORTHO SPECIALIST" |
| | | O: NAD WALKS c̄ NL GAIT '-NEGATIVE X-RAY - (R) |
| | | HEEL-TO-TOE WALK WNL '-NEGATIVE X-RAY - (L) ANKLE FOOT |
| | | - (R) FOOT = (L) FOOT (B) WRIST/HAND c̄ |
| | | - s̄ EDEMA, s̄ ERYTHEMA. ARE WARM - DRY (B) |
| | | - I/P STATES PAIN ON CALCANEAL |
| | | REGION - LEFT, @ ANKLE - |
| | | RIGHT |
| | | A/P: FOOT / ~~HEEL~~ PAIN (B) - (?) HX BURNS - |
| | | c̄ NL EXAM STABLE |
| | | - REQUEST FOR SNEAKERS OF ON 2/20/07 |
| | | DENIED |
| | | E - CUSTODY IS IN CHARGE |
| | | (I/P WAS DENIED BY DR. |
| | | COUNTER ON 1/23/07) |
| | | - MOTRIN 600mg S.G.: ✓ PO |
| | | B.O x 30 DAYS c̄ ± 2 RF |

INSTITUTION: CSP

HOUSING UNIT: AH-138

Sharon Young, PA-C

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

P54739

Gutierrez

Calipatria State Prison
MAR 10
Health Records
Inmate Copy

## INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

COPY

EXHIBIT 13

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| | | |
|---|---|---|
| PATIENT NAME Guadarrama, Jorge | CDC NUMBER P54739 | INSTITUTION Calipatria |
| DATE OF BIRTH 1-10-81 | EPRD DATE 2009 | GENDER Male |
| PRINCIPLE DIAGNOSIS (R) foot Pain - Since 2005 | ICD - 9 CODE | CPT CODE(S) |
| REQUESTED SERVICE(S) Podiatry | | # OF DAYS RECOMMENDED |

*Please circle all that apply:* Diagnostic Procedure/Consultation Outpatient/Inpatient Initial/Follow-up

Requested Treatment/Service is: EMERGENT URGENT ROUTINE (circled)

*For the purpose of retrospective review,* if emergent or urgent, please justify:

Proposed Provider: Anticipated Length of Stay:

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer):

Medical Necessity *(briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant)*: [illegible handwriting] 2005 [illegible]

[illegible handwriting] (R) foot

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| | | |
|---|---|---|
| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
| REQUESTING PHYSICIAN SIGNATURE [signature] | DATE 5/8/07 | Utilization management tracking #: |
| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT | |

FINDINGS:

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| | |
|---|---|
| CONSULTANT SIGNATURE | DATE |
| ETA RN SIGNATURE | DATE |
| PCP SIGNATURE | DATE |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Guadarrama, Jorge
P54739
1-10-81 ASU 138

Calipatria State Prison MAR 7 - 2008 Health Records Inmate Copy

**Attach Progress Note page for additional information.**

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
- ORIGINAL - FILE IN UHR
- GREEN - TO UHR PENDING ORIGINAL
- CANARY - CONSULTANT
- PINK - UM
- GOLD - SPECIALTY SCHEDULER

COPY

EXHIBIT
14

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| | | | Refer to Podiatry |
| 5/8/07 | | | - Miconozole cream 1% #60 gram |
| | | | apply BID — refill x2 |
| | | | accupril 20mg ī AM x 3mos |
| | | | HCTZ 25mg ī am x 3mos |
| | | | ASA EC 81mg ī am x 3mos |
| | | | Naprosyn 500mg ī BID x 3mos |
| | | | for 3mos |
| | | | Claritin ī AM x 3mos |
| | | | [signature] NP |
| | | | 5/8/07 |
| | | | /0330 |
| 6/26/07 | | | Atenolol 50mg ī HS x 3mos |
| | | | Miconozole cream 1% #60 gram |
| | | | apply BID x 3mos |
| | | | Sun screen SP30 #60gram |
| | | | refill x3 |
| | | | [signature] NP |

Calipatria State Prison
MAR 10 2008
Health Records
Inmate Copy

ALLERGIES:

INSTITUTION Calipatria

ROOM/WING A1-138

CDC NUMBER, NAME (LAST, FIRST, MI)
P54739
GUADARRAMA

Confidential
client information
See W & I Code, Sections 4514 and 5328

PHYSICIAN'S ORDERS

COPY

EXHIBIT

15

**List Chronic Diseases:**

| (1) HTN since 2005 | (2) | (3) |
|---|---|---|

**HISTORY:** (Attach a progress note form, if needed, to provide a more complete history.)

**Current medications** (*if no pharmacy profile attached*) **and adherence since last visit:**

- HCTZ 25mg
- Accupril 20mg
- Atenolol 50mg HS

RN SIGNATURE

**Complaints/Problems:** (Discuss in space provided)

CV / Hypertension: Chest Pain: ☐ Yes ☒ No SOB: ☐ Yes ☐ No

Asthma: # attacks since last visit?

# short acting beta agonist canisters in last month:

# visits to ETA for asthma since last visit:

# times awakening with asthma symptoms per week:

Diabetes Mellitus: # of hypoglycemic reactions since last visit:

Seizure Disorder: # seizures since last visit:

Discussion:

Additional History:

Out of meds x several wks

**CCP compliance** *(e.g. diet, exercise, medications):*

**EXAM:** *HEENT/Neck:* ∅ Bruits. Thrs full ↑ flu -

*Heart:* NSR no m

*Lungs:* Clear.

*Abdomen:* Soft ∅ tenderness arms covered

*Extremities/Pulses:* tenderness bilat feet. Scaly

*Rectal:* ∅

*Neurological:* Neurologically intact

*Other (specify):*

Comments on BP or Glucose Monitoring: ~~Extreme Burns~~

**ASSESSMENT:** Diagnoses

| | Degree of Control: G | F | P | NA | Clinical Status: I | S | W | NA |
|---|---|---|---|---|---|---|---|---|
| 1. HTN | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2. Hx. of Burns Arms - | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. Hx. of pes planus foot pain | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**PLAN:**

**Medications:** ASA 81mg EC, Naprosyn, Claritin D

**Diagnostics:** Refer to DPM

**Labs:**

**Monitoring:** ☐ BP / Frequency: (____ X day / week / month) ☐ Glucose / Frequency: (____ X day / week / month) ☐ Peak flow ☐ Other:

**Education provided:** ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test Results ☐ Medication Management

☐ Other (specify):

**Referral:** ☐ Specialist (indicate type): ☐ Other Chronic Care Program

**Interval to next visit:** ☒ 90 Days ☐ 30 Days ☐ Other ____ Days ☐ Discharge from CCP (specify):

Calipatria State Prison JAN [illegible] 2008 Health Records Onsite Copy

| PROVIDER SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| [signature] NPC | 3/18/07 | Guadarrama Jorge P54739 |
| INSTITUTION: Calipatria | | |

**CHRONIC CARE FOLLOW-UP VISIT**

FILED

JUN 27 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

'08 CV 1158 H CAB

COPY

EXHIBIT
16

| DATE | TIME | |
|---|---|---|
| 6-12-07 | | Podiatry |
| | | pt has had chrono before for flat feet |
| | | and sprained ankle. |
| | | pt feet are very flat with weight |
| | | bearing. Recommend soft shoe |
| | | [signature] |

Calipatria State Prison

[illegible] 3 0 2008

Health Records
Copy

INSTITUTION: CAL-SP

HOUSING UNIT: ASU-138L

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH: Guadarrama, Jorge P54739

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

COPY

EXHIBIT
17

5/18/07

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| Guadarrama, Jorge | P54739 | Calipatria |

| DATE OF BIRTH | EPRD DATE | GENDER |
|---|---|---|
| 1.10.81 | 2009 | Male |

| PRINCIPLE DIAGNOSIS | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|
| (R) foot pain - since 2005 | | |

| REQUESTED SERVICE(S) | # OF DAYS RECOMMENDED |
|---|---|
| DPM | |

*Please circle all that apply:* Diagnostic Procedure/Consultation Outpatient/Inpatient Initial/Follow-up

Requested Treatment/Service is: EMERGENT URGENT **(ROUTINE)**

*For the purpose of retrospective review,* if emergent or urgent, please justify:

Proposed Provider: Anticipated Length of Stay:

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer):

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): Since ... in 2005 c/o of plantar pain bilat feet - worse in (R) foot

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE Blantz NPC | DATE 8/8/07 | Utilization management tracking #: 06-07-2206-2793 |
| DATE OF CONSULTATION 6/12/07 | PRINTED NAME OF CONSULTANT | |

FINDINGS: severe per planus b/L c wt bearing

RECOMMENDATIONS: Soft shoe or appropriate shoe

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| | | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| CONSULTANT SIGNATURE [signature] | DATE 6/12/07 | Guadarrama, Jorge |
| ETA RN SIGNATURE [signature] | DATE 6/12/07 | P54739 |
| PCP SIGNATURE Blantz NPC | DATE 6/12/07 | 1.10.81 A8U138 |

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

Calipatria State Prison
JAN 30 2008
Health Records
Inmate Copy

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

COPY

EXHIBIT
18

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Guadarama Jorge | CDC NUMBER P54739 | INSTITUTION Calipatria |
|---|---|---|
| DATE OF BIRTH 1/10/81 | EPRD DATE | GENDER ♂ |
| PRINCIPLE DIAGNOSIS Pes planus (mild) | ICD - 9 CODE | CPT CODE(S) |
| REQUESTED SERVICE(S) Podiatry | | # OF DAYS RECOMMENDED |

*Please circle all that apply:* **Diagnostic Procedure/Consultation** **Outpatient/Inpatient** **Initial/Follow-up**

Requested Treatment/Service is: **EMERGENT** **URGENT** **ROUTINE** (circled)

*For the purpose of retrospective review,* if emergent or urgent, please justify: ________

Proposed Provider: ________ Anticipated Length of Stay: ________

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): ________

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): mild flat feet c̄ pn — r/o plantar fasciitis

Estimated time for service delivery, recovery, rehabilitation and follow-up: ________

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): ________

Comments (diagrams, risk factors, prognosis, alternative management, etc.): ________

| REQUESTING PHYSICIAN PRINTED NAME Sun [illegible] | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE [signature] | DATE 1/10/07 | Utilization management tracking #: |
| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT | |

Calipatria State Prison JAN 30 2008 Health Records Inmate Copy

FINDINGS: ________

RECOMMENDATIONS: ________

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: ________

| CONSULTANT SIGNATURE | DATE |
|---|---|
| ETA RN SIGNATURE | DATE |
| PCP SIGNATURE | DATE |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Guadarama Jorge
P54739
1/10/81

**Attach Progress Note page for additional information.**

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
- ORIGINAL - FILE IN UHR
- GREEN - TO UHR PENDING ORIGINAL
- CANARY - CONSULTANT
- PINK - UM
- GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS) CDC 7243 (Rev. 11/02)

COPY

EXHIBIT
19

| DATE | TIME | |
|---|---|---|
| 10/5/07 | 0935 | I/P going out to medical, F/u visit. VS-118/77, 98.1, 56, 18, 100% R/A. Denies pain, states "I feel just fine". Respirations even + unlabored. ~ O. [illegible] |
| 10-5-07 | 1148 | 114/63 91 3 99% R 60 R 14 |
| | | I/P returned from US of (R) carotid artery. Now VSS. Denies [illegible]. F/U c PCP re [illegible]. Copy to yard & schedule. File placed in PCP Box. [illegible] |
| 11/6/07 | | shoe chrono for flat feet & sole |
| | | [illegible] foot; Sl. flat feet c tender — v swelling |
| | | No evidence of plantar fasciitis |
| | | (B) ~~foot~~ [illegible] no deformity except mild flat feet. ankles [illegible] |
| | | flat feet (mild) |
| | | A: podiatrist consultant for flat feet |
| | | P: [illegible] pain control. |
| | | pt wants to see orthopedic surgery & podiatry [illegible] no fracture dislocation plantar fasciitis or others the podiatrist consult requested & if any abnormalities seen |
| | | orthopedic surgery will be seen |

INSTITUTION: Cal SP

HOUSING UNIT: ASU 138L

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH: GUADARRAMA P-54739

California State Prison [illegible] Health Records Inmate Copy

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

COPY

EXHIBIT 20

HISTORY of present illness: HTN since Sept. 2005

Current symptoms, frequency and severity *(e.g. chest pain, shortness of breath, palpitations, ankle swelling):*
HCTZ 25mg ASA 81mg ~~Accupril~~ Atenolol Naprosyn.

Current medications *(Describe adherence over last month):* Drug allergies:

Past medical history *(e.g. hospitalizations, hypertension, hyperlipidemia):* ☐ Non-Contributory
See note 6/07 Chronic care form

Lifestyle factors *(e.g. alcohol, tobacco, drug use):* ☐ Non-Contributory

Family history *(e.g. hypertension, stroke, diabetes, heart or kidney disease):* ☐ Non-Contributory

| EXAMINATION | VITAL SIGNS | Weight: 159# | Temp: | Pulse: 63 | Resp: 18 | BP: 127/71 |
|---|---|---|---|---|---|---|

*HEENT/Neck (fundoscopy, bruits, JVD, thyromegaly):* Carotids ⊖ bruits.

*Other (specify):*

*Heart (murmur, rhythm):* RRR no (m)

*Lungs (rales, wheezing, rhonchi):* Clear bilat.

*Abdomen (organomegaly, bruit, masses):* Soft non distended flat feet

*Extremities (cyanosis, clubbing, edema, pulses):* gloves 2° burns bilat hands.

ASSESSMENT: Diagnoses

| | DEGREE OF CONTROL: G | F | P | NA |
|---|---|---|---|---|
| 1. HTN | ☒ | ☐ | ☐ | ☐ |
| 2. Burns Hands. | ☐ | ☒ | ☐ | ☐ |
| 3. Pes planus | ☐ | ☐ | ☐ | ☐ |

PLAN:

Medications: HCTZ 25mg ASA 81mg Atenolol 50mg ī am Naprosyn for Hand pain

BP check: ______ X Week / Month / Quarter (circle) ☐ Other (specify):

Diagnostics: ☐ EKG ☐ CXR

Labs: ☒ Fasting chem panel ☒ CBC with differential ☒ Lipid profile ☐ Urinalysis

Education provided: ☒ Nutrition ☒ Exercise ☐ Smoking ☐ Medication Management ☐ Other (specify):
Orthopedic shoes to be ordered per podiatrist's recommendation

Referral: ☐ Specialist (indicate type): ☐ Other Chronic Care Program

Interval to next visit: ☐ 90 Days ☐ 30 Days ☐ Other ______ Days ☐ Enroll in CVCCP

PROVIDER SIGNATURE: [signature] NPC

DATE: 12.4.07

INSTITUTION: Calipatria

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
Guadarrama, Jorge
P54739
1.10.81
ASU 138

**CARDIOVASCULAR CHRONIC CARE INTAKE EVALUATION**

CDC 7394 (03/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

COPY

EXHIBIT
21

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11/21/07 | 12:16 | | EMG-NCV (R) UE ~~[illegible]~~ with Evaluation of Radial/Median/Ulnar nerves |
| noted 7293 11/21/07 1218 sent to Warden RN [illegible] | | | David Hjerpe, MD |
| 12/4/07 | 1:40pm | – | HCTZ 25mg i am x 3mos. |
| | | | ASA 81mg EC i am x 3mos |
| | | | Atenolol 50mg i pm x 3mos |
| | | | Naprosyn 500mg i BID x 30d c food. |
| | | ✓ | orthopedic shoes per podiatrist's recommendation / Chrono. |
| | | | CBC, Chem Panel 24, fasting lipids. |
| | | | RTC 3mos |
| | | | f/c. HTN. [signature] NP |

Calipatria State Prison
JAN 3 0 2008
Health Records
Inmate Copy

ALLERGIES: NKDA

INSTITUTION: CAL SP

ROOM / WING: ASU-138

CDC NUMBER, NAME (LAST, FIRST, MI): Guadarrama, Jorge
P54739
1-10-81

Confidential
client information
See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA
OSP 07 101929
DEPARTMENT OF CORRECTIONS

COPY

EXHIBIT

22

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| | | | |
|---|---|---|---|
| None | | Bottom Bunk | P / T ______ |
| Barrier Free/Wheelchair Access | P / T ______ | Single Cell (See 128-C date: ______ ) | P / T ______ |
| Ground Floor Cell | P / T ______ | Permanent OHU / CTC (circle one) | P / T ______ |
| Continuous Powered Generator | P / T ______ | Other ______ | P / T ______ |

## B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None | | Wheelchair: (type) ______ | P / T ______ |
| Limb Prosthesis | P / T ______ | Contact Lens(es) & Supplies | P / T ______ |
| Brace | P / T ______ | Hearing Aid | P / T ______ |
| Crutches | P / T ______ | Special Garment: (specify) ______ | P / T ______ |
| Cane: (type) ______ | P / T ______ | Rx. Glasses: ______ | P / T ______ |
| Walker | P / T ______ | Cotton Bedding | P / T ______ |
| Dressing/Catheter/Colostomy Supplies | P / T ______ | Extra Mattress | P / T ______ |
| (Shoe:) (specify) Orthopedic Shoes | P / (T) 12.4.08 | (Other) Insoles | P / T 12/4/08 |
| Dialysis Peritoneal | P / T ______ | | |

## C. OTHER

| | | | |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) ______ | P / T ______ |
| Attendant to assist with meal access and other movement inside the institution. Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | P / T ______ | Communication Assistance | P / T ______ |
| | | Transport Vehicle with Lift | P / T ______ |
| | | Short Beard | P / T ______ |
| Wheelchair Accessible Table | P / T ______ | Other ______ | P / T ______ |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? [X] Yes [X] No

If yes, specify: ______

| | | |
|---|---|---|
| INSTITUTION Calapatria | COMPLETED BY (PRINT NAME) Blantz NPC | TITLE NPC |
| SIGNATURE Blantz NPC | DATE 12/4/07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH Guadarrama, Jorge P54739 1.10.81 ASU. 138 |
| HCM/CMO SIGNATURE [signature] | DATE 1-14-08 | |
| (CIRCLE ONE) (APPROVED) / (DENIED) – orthopedic shoes; Insoles | | |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (03/04)

Distribution: Original - Unit Health Record; Canary - Central File; Pink - Correctional Counselor; Gold - Inmate

COPY

EXHIBIT
23

11/9/07

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| | | |
|---|---|---|
| PATIENT NAME Guadarama Jorge | CDC NUMBER P54739 | INSTITUTION Calipatria |
| DATE OF BIRTH 1/10/81 | EPRD DATE | GENDER ♂ |
| PRINCIPLE DIAGNOSIS pes planus (mild) | ICD-9 CODE | CPT CODE(S) |
| REQUESTED SERVICE(S) podiatry | | # OF DAYS RECOMMENDED |

*Please circle all that apply:* Diagnostic Procedure/Consultation   Outpatient/Inpatient   Initial/Follow-up

Requested Treatment/Service is: EMERGENT   URGENT   **ROUTINE** (circled)

*For the purpose of retrospective review,* if emergent or urgent, please justify:

Proposed Provider: Anticipated Length of Stay:

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer):

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): mild flat feet c̄ pn — no plantar fascitis

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| | | |
|---|---|---|
| REQUESTING PHYSICIAN PRINTED NAME Sun K. Oh MD | APPROVED (circled) / AUTHORIZED / DENIED / DEFERRED BY | DATE 11/8/07 |
| REQUESTING PHYSICIAN SIGNATURE [signature] | DATE 11/8/07 | Utilization management tracking #: 07108-22-08-2003 |
| DATE OF CONSULTATION 1/8/08 | PRINTED NAME OF CONSULTANT | |

FINDINGS: mild pes planus b/l

Calipatria State Prison
JAN 30 2008
Health Records
Inmate Copy

RECOMMENDATIONS: no need for special shoe (No need special shoes)

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| | | |
|---|---|---|
| CONSULTANT SIGNATURE [signature] | DATE 1/8/08 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| ETA RN SIGNATURE [signature] | DATE 1/8/08 | Guadarama Jorge P54739 1/10/81 |
| PCP SIGNATURE [signature] | DATE 1/10/08 | |

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)   CDC 7243 (Rev. 11/02)

COPY

EXHIBIT
24

| DATE | TIME | |
|---|---|---|
| 08/08 | | [redacted] Podiatry |
| | | pt feet are mildly flat but no |
| | | need for any special shoes |
| | | [signature] |

Calipatria State Prison
JAN 30 2008
Health Records
Inmate Copy

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| CAL-SP | | Guadarrama P54739 |

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

COPY

EXHIBIT
25

DEPARTMENT OF CORRECTIONS STATE OF CALIFORNIA

**Reason for Consultation:**

**Signature of Referring Doctor** | **Date**

**Consultant's Report:**

S: The pt complains of tender right ankle. The pt has difficulty wearing State shoes. He was last seen on May 13, 2004 for the same condition.

O: Tender posterior right ankle with dorsiflexion, plantar flexion of the right foot at the ankle.

A: S/P Sprain right ankle.

P: Soft Shoe Chrono: Due to a medical condition, please allow pt to wear his own personal tennis shoes obtained at his expense from an outside vendor, meeting and worn according to custody regulations and to areas allowed.

**Signature of Consultant** S. Wagers, DPM

**Date:** 05/25/04
05/26/04 ln

**Name of Patient**
GUADERRAMA

**Number:** P 54739

**Ironwood State Prison**

**CONSULTANT'S RECORD**
CDC 7243 (Rev. 9/77)

COPY

EXHIBIT 26

STATE OF CALIFORNIA

**MINI-MEMO**

STD. 100-B (REV. 9-70c)

TO: Guadarrama ASU-129L P 54739

SUBJECT: Noted date 12/30/06

DATE 1-4-07

MESSAGE

Mr Guadarrama — Thank you for the reply. I see Dr Counor examined both ankles and the exam was normal. He recommended ankle exercises and I have included a hand out on ankle exercises. I also noticed in the past some one said you had "plantar fasciitis" — pain on the bottom

SIGNED — of the foot. ADDRESS — Is this still PHONE — an

RETURN TO

REPLY

issue for you? I also included a hand out on this for you. At this time there is no indication for an MRI. Sincerely Dr Ball

[signature] C.M.

SIGNED

ADDRESS

DATE

SEND PARTS 1 AND 3 INTACT — PART 3 WILL BE RETURNED WITH REPLY

OSP 05 94138

1/4/07 c/o r plantar fasciitis and literature for ankle sprain mailed to patient.

Calipatria State Prison
MAR 10 2008
Health Records
Inmate Copy

COPY

EXHIBIT
27

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12/11/07 | | | (1) Rx Motrin 600mg X 21 tabs |
| | | | 2 initially 1 TID X 6 days |
| | | | (2) Pen VK 500mg X 30 |
| | | | 2 initially 1 QID till gone |
| | | | [signature] |
| 12/31/07 | | | 1. A&D cream/ointment x I. c̄ 2RFs |
| | | | 2. HCTZ 25mg po qd. |
| | | | 3. Atenolol 50mg po qd. } x 90 days |
| | | | 4 ASA 81mg po qd |
| | NOTED C. Ro[illegible] 12/31/07 1030 | | 5. Chrono for orthopedic shoes |
| | | | 6. RTC in 3 months to F/U, c̄ Lab result. |
| | | | [signature] |

CAL-Health Records JAN 2 3 2008 Cal-Chrono Completed

Calipatria State Prison JAN 3 0 2008 Health Records Inmate Copy

ALLERGIES:

INSTITUTION CAL

ROOM/WING ASU 138 L

CDC NUMBER, NAME (LAST, FIRST, MI)
P54739
Guadarrama

Confidential client information See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA OSP 05 93459 DEPARTMENT OF CORRECTIONS

COPY

EXHIBIT

28

State of California Department of Corrections and Rehabilitation

# Memorandum

Date : MAR 05 2008

To : INMATE GUADARRAMA, P54739
Calipatria State Prison

Subject: **SECOND LEVEL APPEAL RESPONSE LOG NO: CAL-S-07-02338**

ISSUE:

It is the appellant's position he requested copies of policies and procedures, however, he has not received these documents.

The appellant is requesting that he be given copies of the policy or procedure governing Law Library access and the policy on soft sole or tennis/orthopedic shoes while housed in Administrative Segregation Housing Unit (ASU). The appellant is also requesting that the he be given "medical artificial appliance". In addition, the appellant requests that the Warden, and Committee Members be counseled and reprimanded for the "divestment of state and federal statutory rights".

INTERVIEWED BY: M. Tapia Correctional Counselor II (CCII) on February 8, 2008.

REGULATIONS: The rules governing this issue are: California Code of Regulations (CCR), Title 15, Section 3358 (a), 3350 (b) (1) and Departmental Operations Manual (DOM), Chapter 55000, Section 53060.1and Section 54030.7.

DISCUSSION:

You were interviewed on February 8, 2008, by CCII M. Tapia. During the interview, you stated that you had several times in the past requested copies of the regulations or procedures that govern the restrictions for inmates housed in ASU as they apply to the Law Library access and the ability to possess soft sole tennis/orthopedic shoes.

In your Appeal Form (CDCR 602), you are requesting "to have this 602 corrected", to be provided with the requested copies of the policies and procedures noted above, to be issued a "much needed medical artificial appliance" (noted as soft sole tennis/orthopedic shoes) and that the Warden and committee members be counseled and reprimanded.

The appellant's request are addressed as follows; the first request is noted and granted as corrections have been made to the appeal in the form of clarification to the appellant's initial request. The second action requested is granted in that copies of the applicable regulations and procedures are enclosed as part of this response. The next action requested is being denied at this level of review per CCR, Title 15, Section 3350

(b) (1) as no medical documentation has been provided to demonstrate that the requested appliances are medically necessary. Finally, the action requesting staff be reprimanded is being denied as an appellant has no power to request or dictate disciplinary actions directed toward staff.

DECISION:

Based on the above, your appeal is Partially Granted at the Second Level of Review.

The appellant is advised that this issue may be submitted for Director's Level of Review if desired.

T. OCHOA
Chief Deputy Warden
Calipatria State Prison

CAL S 0702338



## Article 8. Medical and Dental Services

### 3350. Provision of Medical Care and Definitions.

(a) The department shall only provide medical services for inmates, which are based on medical necessity and supported by outcome data as effective medical care. In the absence of available outcome data for a specific case, treatment will be based on the judgment of the physician that the treatment is considered effective for the purpose intended and is supported by diagnostic information and consultations with appropriate specialists. Treatments for conditions, which might otherwise be excluded, may be allowed pursuant to section 3350.1(d).

(b) For the purposes of this article, the following definitions apply:

(1) Medically Necessary means health care services that are determined by the attending physician to be reasonable and necessary to protect life, prevent significant illness or disability, or alleviate severe pain, and are supported by health outcome data as being effective medical care.

(2) Outcome Study means the definition, collection and analysis of comparable data, based on variations in treatment, concerning patient health assessment for purposes of improving outcomes and identifying cost-effective alternatives.

(3) Outcome Data mean statistics such as diagnoses, procedures, discharge status, length of hospital stay, morbidity and mortality of patients, that are collected and evaluated using science-based methodologies and expert clinical judgment for purposes of outcome studies.

(4) Severe pain means a degree of discomfort that significantly disables the patient from reasonable independent function.

(5) Significant illness and disability means any medical condition that causes or may cause if left untreated a severe limitation of function or ability to perform the daily activities of life or that may cause premature death.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Section 5054, Penal Code.

HISTORY:

1. Repealer of Article 8 (Sections 3370–3372) and new Article 8 (Sections 3350–3359) filed 4-18-80; effective thirtieth day thereafter (Register 80, No. 16). For prior history see Register 77, No. 9.
2. Amendment of article heading, section heading and text filed 7-2-93; operative 8-2-93 (Register 93, No. 27).
3. Amendment of section heading, relocation of subsections 3350(a)–(c) to 3350.2(a)–(c), and new Subsections (a)–(b)(3) filed 2-17-95 as an emergency; operative 3-1-95 (Register 95, No. 9). This regulatory action was deemed an emergency pursuant to section 5058(e) of the Penal Code and remains in effect for 160 days. A Certificate of Compliance must be transmitted to OAL by 8-8-95 or emergency language will be repealed by operation of law on the following day.
4. Amendment refiled 8-7-95 as an emergency; operative 8-7-95 (Register 95, No. 32). This regulatory action was deemed an emergency pursuant to section 5058(e) of the Penal Code and remains in effect for 160 days. A Certificate of Compliance must be transmitted to OAL by 1-16-96 or emergency language will be repealed by operation of law on the following day.
5. Reinstatement of section as it existed prior to emergency amendment filed 2-17-95 by operation of Government Code section 11346.1(f) (Register 96, No. 8).
6. Amendment of section heading, renumbering of subsections 3350(a)–(c) to 3350.2(a)–(c), and new subsections (a)–(b)(3) filed 2-21-96 as an emergency; operative 2-21-96 (Register 96, No. 8). A Certificate of Compliance must be transmitted to OAL by 6-20-96 or emergency language will be repealed by operation of law on the following day.
7. Certificate of Compliance as to 2-21-96 order including amendment of subsection (a) and new subsections (b)(4) and (b)(5) transmitted to OAL 6-18-96 and filed 7-9-96 (Register 96, No. 28).

### 3350.1. Medical Treatment/Service Exclusions.

(a) Treatment refers to attempted curative treatment and does not preclude palliative therapies to alleviate serious debilitating conditions such as pain management and nutritional support. Treatment shall not be provided for the following conditions:

(1) Conditions that improve on their own without treatment. Examples include, but are not limited to:

(A) Common cold.

(B) Mononucleosis.

(C) Viral hepatitis A.

(D) Viral pharyngitis.

(E) Mild sprains.

(2) Conditions that are not readily amenable to treatment, including, but not limited to, those which may be made worse by treatment with conventional medication or surgery, and those that are so advanced in the disease process that the outcome would not change with existing conventional or heroic treatment regimens. Examples include, but are not limited to:

(A) Multiple organ transplants.

(B) Temporomandibular joint dysfunction.

(C) Grossly metastatic cancer.

(3) Conditions that are cosmetic. Examples include, but are not limited to:

(A) Removal of tattoos.

(B) Removal of nontoxic goiter.

(C) Breast reduction or enlargement.

(D) Penile implants.

(b) Surgery not medically necessary shall not be provided. Examples include, but are not limited to:

(1) Castration.

(2) Vaginoplasty (except for Cystocele or Rectocele).

(3) Vasectomy.

(4) Tubal ligation.

(c) Services that have no established outcome on morbidity or improved mortality for acute health conditions shall not be provided. Examples include, but are not limited to:

(1) Acupuncture.

(2) Orthoptics.

(3) Pleoptics.

(d) Treatment for those conditions that are excluded within these regulations may be provided in cases where all of the following criteria are met:

(1) The inmate's attending physician prescribes the treatment.

(2) The service is approved by the medical authorization review committee and the health care review committee. The decision of the review committees to approve an otherwise excluded service shall be based on:

(A) Available health care outcome data supporting the effectiveness of the services as medical treatment.

(B) Other factors, such as:

1. Coexisting medical problems.
2. Acuity.
3. Length of the inmate's sentence.
4. Availability of the service.
5. Cost.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Section 5054, Penal Code.

HISTORY:

1. New section, including relocation and amendment of old subsection 3354.1(a) to 3350.1(b), filed 2-17-95 as an emergency; operative 3-1-95 (Register 95, No. 9). This regulatory action was deemed an emergency pursuant to section 5058(e) of the Penal Code and remains in effect for 160 days. A Certificate of Compliance must be transmitted to OAL by 8-8-95 or emergency language will be repealed by operation of law on the following day.

officer or the chief psychiatrist for the parolee's return to department custody for emergency treatment.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Section 5054, Penal Code.

HISTORY:

1. Amendment of section heading and text filed 7-2-93; operative 8-2-93 (Register 93, No. 27).
2. Amendment of section heading and subsection (a) filed 2-17-95 as an emergency; operative 3-1-95 (Register 95, No. 9). This regulatory action was deemed an emergency pursuant to section 5058(e) of the Penal Code and remains in effect for 160 days. A Certificate of Compliance must be transmitted to OAL by 8-8-95 or emergency language will be repealed by operation of law on the following day.
3. Amendment of section heading and subsection (a) refiled 8-7-95 as an emergency; operative 8-7-95 (Register 95, No. 32). This regulatory action was deemed an emergency pursuant to section 5058(e) of the Penal Code and remains in effect for 160 days. A Certificate of Compliance must be transmitted to OAL by 1-16-96 or emergency language will be repealed by operation of law on the following day.
4. Reinstatement of section as it existed prior to emergency amendment filed 2-17-95 by operation of Government Code section 11346.1(f) (Register 96, No. 8).
5. Amendment of section heading and subsection (a) filed 2-21-96 as an emergency; operative 2-21-96 (Register 96, No. 8). A Certificate of Compliance must be transmitted to OAL by 6-20-96 or emergency language will be repealed by operation of law on the following day.
6. Certificate of Compliance as to 2-21-96 order transmitted to OAL 6-18-96 and filed 7-9-96 (Register 96, No. 28).

### 3357. Inmate Deaths.

(a) The institution head shall maintain a valid service agreement with local mortuaries to provide services such as cremation, transportation, and/or other services related to the disposition of a deceased inmate's body.

(b) When an inmate's death occurs away from an institution/facility, the body of the deceased shall, unless the county coroner orders otherwise, be released to a licensed funeral director in the community where the death occurred.

(c) If the deceased is known to have had a communicable disease which presents a threat to the public health and safety, health care staff shall notify the contract mortuary and public agencies as required by California Code of Regulations, Title 17, Section 2500, and Health and Safety Code Sections 1797.188 and 1797.189.

(d) A chaplain of the decedent's professed faith may perform a ceremony in accordance with that faith.

(e) Staff shall review the decedent's central file and locate the current CDC Form 127 (Rev. 05/00), Notification in Case of Inmate Death, Serious Injury, or Serious Illness to identify the inmate's next of kin or person(s) to be notified, and to determine the existence of a will.

(f) Staff shall attempt to notify individual(s) listed on the CDC Form 127 as the person(s) to be notified of the death, in person, or, if personal contact is not practical, by telephone. Staff shall send a telegram notification to the next of kin, person(s) to be notified as listed on the CDC Form 127, and/or legally appointed representative, offering consolation, which shall include:

(1) The name and address of the funeral director to whom the body has been or will be released;

(2) A request for instructions on disposition of the body at the family's or designee's expense, within 48 hours, to preclude disposition by the state; and

(3) The name and telephone number of a staff member who may be contacted for additional information.

(g) If after 10 days the next of kin or legally appointed representative fails to claim or direct disposition of the decedent's body, or notifies the department within ten days that he or she does not assume responsibility for burial without expense to the state, the decedent shall be considered unclaimed. If the body is unclaimed, the institution/facility shall make arrangements for use of state materials or services as necessary in accordance with Penal Code section 5061. All money and personal property shall be inventoried and released in accordance with Penal Code 5061, upon direction from the Associate Warden of Business Services or other staff designated by the institution head.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Sections 2082, 5021, 5022, 5054 and 5061, Penal Code; Sections 1797.188, 1797.189, 7104, 7200, 7201, and 7302, Health and Safety Code; and Sections 12525, 27491, 27491.2 and 27491.3, Government Code.

HISTORY:

1. Amendment filed 7-16-92; operative 8-15-92 (Register 92, No. 29).
2. Amendment of subsections (b), (c), (f) and Note filed 2-17-95 as an emergency; operative 3-1-95 (Register 95, No. 9). This regulatory action was deemed an emergency pursuant to section 5058(e) of the Penal Code and remains in effect for 160 days. A Certificate of Compliance must be transmitted to OAL by 8-8-95 or emergency language will be repealed by operation of law on the following day.
3. Amendment of subsections (b), (c), (f) and Note refiled 8-7-95 as an emergency; operative 8-7-95 (Register 95, No. 32). This regulatory action was deemed an emergency pursuant to section 5058(e) of the Penal Code and remains in effect for 160 days. A Certificate of Compliance must be transmitted to OAL by 1-16-96 or emergency language will be repealed by operation of law on the following day.
4. Reinstatement of section as it existed prior to emergency amendment filed 2-17-95 by operation of Government Code section 11346.1(f) (Register 96, No. 8).
5. Amendment of subsections (b), (c), (f), and Note filed 2-21-96 as an emergency; operative 2-21-96 (Register 96, No. 8). A Certificate of Compliance must be transmitted to OAL by 6-20-96 or emergency language will be repealed by operation of law on the following day.
6. Certificate of Compliance as to 2-21-96 order transmitted to OAL 6-18-96 and filed 7-9-96 (Register 96, No. 28).
7. Amendment of section and Note filed 8-28-2000; operative 9-27-2000 (Register 2000, No. 35).

### 3358. Artificial Appliances.

(a) Appliance Categories. Appliances include but are not limited to eyeglasses, artificial eyes, dental prosthesis, artificial limbs, orthopedic braces and shoes, and hearing aids. An inmate's need for such appliance shall be based on medical necessity as described in section 3350(b)(1).

(b) Possession of Appliance. No inmate shall be deprived of a prescribed orthopedic or prosthetic appliance in the inmate's possession upon arrival into the department's custody or properly obtained while in the department's custody unless a department physician or dentist determines the appliance is no longer needed and the inmate's personal physician, if any, concurs in that opinion. When gold is removed from an inmate's mouth, the inmate shall sign a CDC Form 238, Receipt for Dental Gold Removed from Inmate's Mouth, and select a method of disposal indicated on the form.

(c) Purchase of Appliance. Prescribed appliances shall be provided at state expense if an inmate is indigent, otherwise the inmate shall purchase prescribed appliances through the department or a vendor of the inmate's choice as directed by the chief medical or dental officer. When a prescribed appliance is to be provided or use of precious metals is necessary and a reasonable substitute is not available or practical to repair, remake, or alter any crown, bridge, or other prosthetic appliance, the inmate shall sign a CDC Form 193, Trust Account Withdrawal Order (Rev. 1/88), to pay for the materials.

NOTE: Authority cited: Section 5058, Penal Code. Reference: Section 5054, Penal Code.

CAL S0702338

LEVELS III AND IV

TABLE OF CONTENTS

ITEM DESCRIPTION.......... SECTION #

Granted Exemption Requests.......... 54030.19.1

Personal Clothing.......... 54030.19.2

Personal Care / Hygiene.......... 54030.19.3

Food.......... 54030.19.4

Miscellaneous.......... 54030.19.5

Games.......... 54030.19.6

Registerable Property.......... 54030.19.7

- Registerable Appliances.......... 54030.19.7.1
- Other Registerable Items.......... 54030.19.7.2

**54030.19.1**
**GRANTED EXEMPTION REQUESTS**

**California Medical Facility**

No Exemptions

**California Men's Colony**

**West Facility**

- Fans, lamps, portable typewriters, battery rechargers, AC/DC adapters, television sets, rechargeable batteries, and powdered creamer are excluded.
- Extension cords and hot pots are restricted by Warden's discretion.

**California State Prison, Los Angeles County**

No Exemptions

**California Substance Abuse Treatment Facility and State Prison, Corcoran**

**All Facilities**

- Pencil sharpeners are restricted from all facilities.

**Dormitory Facilities**

- Televisions operating on AC power are restricted from dormitories.
- Battery operated televisions are still permitted in dormitories, but must be able to fit into locker.

Level IV Facilities

- Mirrors are restricted from Level IV facility.

CAL S0702338

**Calipatria State Prison**

**ASU**

- Tennis shoes are excluded from ASU.

**Centenela State Prison**

No Exemptions

**Mule Creek State Prison**

No Exemptions

**Pleasant Valley State Prison**

No Exemptions

**54030.7 Inmate Personal Property Acquisition**

Inmate personal property shall not be accepted at the front entrance gate or visiting desks. Inmates may be allowed to acquire specific items of personal property through the following methods:

**Special Purchases**

Facilities shall allow for inmates to purchase the below listed items utilizing funds in their inmate trust account. Special purchases of the below listed items shall not be counted as a personal property package. Special purchases must be from departmentally approved, special purchase vendors.

Facilities may submit for departmental approval, local special purchase vendors as required, to provide religious items, handicraft material, health care appliances, subscriptions to local newspapers, etc. The facility requesting departmental approval of a special purchase vendor must submit the approval request to the office of the Deputy Director, DAI, along with rationale for approval and a statement that the vendor meets the local facility's security and business requirements.

*Note*: The approval criteria for Personal Property Package vendors established in Section 54030.9 does not apply to special purchase vendors.

The amount charged an inmate for ordering entertainment appliances, a musical instrument, handicraft material, periodicals, or fiction books as a special purchase shall include a ten percent service charge. Service charges shall be deposited in the inmate welfare fund.

Special purchases of health care appliances, correspondence courses, nonfiction books, and legal materials are not subject to service charges.

Facilities will make available to all inmates, procedures for special purchases. Purchases of health care appliances, correspondence courses, religious items, and handicraft material require an inmate to obtain prior approval. Submission of special purchase requests shall be based on established local procedures.

**Health Care Appliances**, prescribed by health care staff and subject to approval by designated custody staff. Health care appliances may be purchased by third parties. All health care appliances are to be received by designated health care staff from an approved vendor and inspected by designated custody staff prior to issuance. Health care appliances are not subject to the six cubic foot property limitation or count towards the two appliance limit as described inSection 54030.7(DOM 54030.11).

**Correspondence Courses** and materials subject to approval by designated custody and educational staff. Correspondence courses shall be received by designated education staff and inspected by designated custody staff prior to issuance (DOM 54030.10.3).

**Legal Material**, such as legal reference materials and books, legal pads, and pencils not available in the institution canteen. Legal material purchases are to be received by Receiving and Release (R&R) staff and inspected prior to issuance (DOM 54030.10.2).

**Religious Items**, subject to approval by designated custody staff and institutional chaplain. Religious items shall be received by the institutional chaplain and inspected by designated custody staff prior to issuance (DOM 54030.10.9).

**Entertainment Appliances/Musical Instruments**, as described in the APPS are to be shipped directly from a departmentally approved vendor in factory sealed packages, received by R&R staff, and inspected prior to issuance. Packages that are damaged or opened shall be refused (DOM 54030.10.6).

**Books and Periodicals**, purchases and subscriptions shall be submitted according to local procedures and may be purchased for an inmate by a third party. (*NOTE:* For purposes of this Section a departmentally approved vendor is any publisher or book store that does mail order business as outlined in CCR Section 3138(f)(1) ).

**Handicraft Material**, restricted to inmates approved to participate in the handicraft program. Handicraft items shall be received by the handicraft manager and inspected by designated custody staff prior to issuance (DOM 54030.10.4).

**54030.7.1 Personal Property Packages**

Inmates may receive personal property based upon assigned privilege group as specified in Section 54030.8. Items of authorized property shall be limited to the items/categories listed in the APPS contained in Section 54030.17. Personal property packages shall be ordered by inmates or third parties via a departmentally approved vendor. A departmentally approved vendor may be chosen by an inmate or third party to provide items for inclusion into a personal property package. While no more than one vendor may be used per package, inmates and their correspondents will be able to choose a different vendor for subsequent personal property package purchases. Personal property packages are limited to a 30 pound maximum weight limit and maximum dimensions of 24" x 24" x 24".

Wardens are authorized to utilize non-departmentally approved vendors for purchases of personal property packages to meet specific religious dietary needs of inmates (kosher, halal, etc.). All religious specialty foods must be consistent with the criteria and categories established in the APPS in Section 54030.17. Approval of religious specialty vendors shall be at the discretion of the Warden or Warden's designee (level of Associate Warden or above).

A request for a personal property package purchased from a locally approved religious specialty vendor is subject to approval by designated custody staff and the institutional chaplain. The receipt of a personal property package from a religious specialty vendor shall be counted as a regular personal property package.

Individual purchases of entertainment appliances and musical instruments by inmates using funds in their trust account or by third party shall not be counted as a personal property package unless additional items of personal property are also included.

Quarterly personal property packages may be received by inmates at any time during a quarterly period. Upon arrival of a package at an institution, designated staff shall verify the eligibility of the inmate to receive the package before issuance. Prior approval is not necessary as the arrival date of a package at an institution shall be the basis for the eligibility determination.

Facilities will make available to all inmates, procedures for the receipt of packages from approved vendors in accordance with limits set for their assigned privilege group. Facilities are responsible for ensuring that current vendor catalogs and order forms are available in the inmate library and visiting room.

When a package is received at a facility with an address insufficient to locate the inmate, staff shall exhaust all avenues of information in locating the inmate before returning the package to the sender including, but not limited to, determining whether the inmate is OTC, OTM, transferred to another institution/jurisdiction, or parole.

Issuance of inmate packages shall be as soon as possible, but not later than 15 calendar days from delivery to the institution, except during the holiday season and emergency lockdowns. For purposes of this Article, the holiday season is designated as beginning on November 15 and ending on January 15.

Institutions may temporarily suspend delivery of inmate packages to all portions of the institution during emergency lockdowns.

Upon resumption of normal operations, inmates that are released from lockdown status, housed in an institution/facility experiencing a partial lockdown, shall continue to receive packages within 15 calendar days.

Issuance of packages to inmates affected by lockdown status may be temporarily suspended for up to 90 calendar days (one quarter). After 90 days, issuance of previously stored packages is mandatory. A lockdown shall not result in the loss of a quarterly package.

Packages received for inmates that are on lockdown status may be temporarily stored in appropriate locations designated by the institution/facility. The institution/facility is responsible for identifying and designating adequate storage space, including emergency overflow storage as required, until such time as staff are able to issue packages.

Inmates previously affected by lockdown shall receive unissued inmate packages within 15 days after their release from lockdown status.

Institutions shall not instruct vendors to stop shipment of packages unless authorized by the Deputy Director, DAI. Upon receiving authorization from the Deputy Director, DAI, the institution shall be responsible for notification of the inmate population. The inmates shall be responsible for notification of family or other correspondents.

Packages shall not be returned based solely on the existence of a lockdown.

**54030.7.2 Service Charge**

The amount charged an inmate for a self-purchased personal property package order shall include normal taxes and a ten percent service charge. Service charges shall be deposited in the inmate welfare fund. This service charge is exclusive of such costs as state sales tax, freight, and handling. Personal property packages sent from third parties via approved vendor shall not be subject to any service charge.

**54030.8 Personal Property Package Criteria**

Items of personal property may be purchased from approved vendors by third parties of the inmate or purchased directly by the inmate. Authorized items, appliances, or food may be acquired by utilization of this package procedure

COPY

EXHIBIT
29

| DATE | TIME | Jorge Guadarrama |
| --- | --- | --- |
| 6/26/07 | | pt notes reviewed pt can purchase tennis shoes and wear them as custody permit |
| | | Gamon |

Calipatria State Prison
JAN 30 2006
Health Records
Inmate Copy

INSTITUTION: Cal.

HOUSING UNIT: ASU-138

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Guadarrama, Jorge
P54739
1-10-81
ASU138

**INTERDISCIPLINARY PROGRESS NOTES**

COPY

EXHIBIT
30

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 8-7-06 | Lieutenant Siota | GUADARRAMA, J | P-54739 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| A-5 | 126S | Ø | FROM Ø TO Ø |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS |
|---|---|
| Ø | FROM Ø TO Ø |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Please excuse this short interruption of yourday. I'm sure that you are busy, and I only ask for a few minutes of your time. I have a shoe chrono, and whould like to get it honored. Being that you are the Lieutenant →

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY: LT - SIOTA
DATE: 8/7/06

DISPOSITION: HAD meeting w/ follow up w/ medical

of Ad-Seg. I was hopeing you will be able to see that it gets honored. I got all the proper documentation, And Im only asking for what is needed. Thank you for your time.